# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff(s),<br>vs.<br>JOHN P. FLAHERTY, III,<br>　　　　　Defendant(s). | Case No. 2:16-cr-00080-APG-NJK<br>ORDER RE: MOTION TO WITHDRAW<br>(Docket No. 14) |

Pending before the Court is a motion to withdraw as attorney for Defendant. Docket No. 14. The Court hereby **SETS** a hearing on the motion for 11:00 a.m. on October 24, 2016, in Courtroom 3C. Defendant shall be present. Any response to the motion to withdraw shall be filed no later than October 20, 2016.

IT IS SO ORDERED.

DATED: October 13, 2016

　　　　　　　　　　　　　　　　　　　　　　
NANCY J. KOPPE
United States Magistrate Judge