# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00080-APG-NJK |
| Plaintiff, | ORDER |
| vs. | (Docket No. 16) |
| JOHN P. FLAHERTY, III, | |
| Defendant. | |

Pending before the Court is Defendant's motion to continue the hearing on his counsel's motion to withdraw currently set for October 24, 2016. Docket No. 16. Defendant represents that he has been ordered to meet with his probation officer in Virginia on October 24, 2016, and requests a brief continuance of the instant hearing. *Id*. at 2.

The Court **GRANTS** Defendant's motion. Docket No. 16. The hearing on his counsel's motion to withdraw is hereby continued to November 1, 2016, at 9:00 a.m., in Courtroom 3A.

IT IS SO ORDERED.

DATED: October 21, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge