STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
SUSAN CUSHMAN
Assistant United States Attorney
501 South Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:16-cr-080-APG-NJK |
| Plaintiff, | ) ) ) | AMENDED STIPULATION TO EXTEND DEADLINES |
| vs. | ) ) | |
| JOHN PATRICK FLAHERTY, | ) ) | |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between STEVEN W. MYHRE, Acting United States Attorney, and SUSAN CUSHMAN, Assistant United States Attorney, and HEIDI OJEDA, counsel for the defendant, that the deadline for the government to respond to defendant's Motion to Dismiss Counts One and Two of the Indictment (Dkt. # 33) be extended from December 22, 2017, to January 5, 2018, and defendant's reply be extended to January 10, 2018.

This stipulation is entered into for the following reasons:

1.   Counsel for the government will be in trial beginning on December 18, 2017, before United States District Court Judge Kent J. Dawson in *United States v. Jack William Morgan,* 2:17-cr-0064-KJD-GWF.  That trial should conclude no later than December 22, 2017.

2. On November 7, 2017, a stipulation to continue the trial date for at least 60 days was filed (Dkt. # 32).

3. Defendant is not incarcerated and does not object to the extension.

4. Both parties agree to the extension of deadlines.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the government sufficient time to research and respond to defendant's motion.

Dated this <u>13th</u> day of December, 2017.

Respectfully Submitted,

STEVEN W. MYHRE
Acting United States Attorney


*/s/ Susan Cushman*
SUSAN CUSHMAN
Assistant United States Attorney


*/s/ Heidi Ojeda*
HEIDI OJEDA
Counsel for Defendant Flaherty

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:16-cr-080-APG-NJK |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER TO EXTEND |
| | ) DEADLINES |
| JOHN PATRICK FLAHERTY, | ) |
| Defendant. | ) |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that the United States' response is due on January 5, 2018. Any reply is due January 10, 2018.

The United States filed two stipulations regarding this matter, both of which were deficient, for reasons including failure to comply with LR IA 6-2, an inadequately-worder proposed order, and an incorrect signature line. The Court has, nonetheless, signed the United States' proposed order, despite the modifications required. Any future deficient stipulations will be summarily denied.

IT IS SO ORDERED.

DATED: December 13, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE