UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>JOHN PATRICK FLAHERTY, III,<br><br>                      Defendant. | Case No. 2:16-cr-0080-APG-NJK<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON MOTION TO DISMISS**<br><br>(ECF Nos. 33, 41) |

On December 8, 2017, defendant John Patrick Flaherty filed a motion to dismiss the indictment as unconstitutionally vague. ECF No. 33. On February 2, 2018, Magistrate Judge Koppe entered her Report & Recommendation recommending that the motion be denied. ECF No. 41. Flaherty filed an objection (ECF No. 42) and the Government filed a response (ECF No. 43). I have conducted a de novo review of the issues set forth in the Report & Recommendation as required under Local Rule IB 3-2. Judge Koppe's Report & Recommendation sets forth the proper legal analysis and factual basis for the decision.

**IT IS THEREFORE ORDERED** that Magistrate Judge Koppe's Report & Recommendation **(ECF No. 41) is accepted** in its entirety. Defendant Flaherty's motion to dismiss **(ECF No. 33) is denied**.

Dated: March 21, 2018.

                                                                                    ANDREW P. GORDON<br>
                                                                                    UNITED STATES DISTRICT JUDGE