RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for John P. Flaherty, III

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN P. FLAHERTY, III,<br><br>　　　　　Defendant. | Case No. 2:16-cr-080-APG-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for John P. Flaherty, III, that the Sentencing Hearing currently scheduled on December 12, 2018 at the hour of 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Flaherty and his wife must fly from North Carolina to Las Vegas, Nevada to attend his upcoming sentencing hearing. Due to inclement weather, they were unable to fly out in time in order to be present at the currently scheduled hearing.

2. Additionally, Mr. Flaherty was just diagnosed with diabetes. His levels were dangerously high and he is now on an aggressive stabilizing regimen. The additional time will allow his health to stabilize prior to having to travel.

3. Defendant is not incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance of the sentencing filed herein.

DATED this 10th day of December, 2018.

| RENE L. VALLADARES | DAYLE ELIESON |
| Federal Public Defender | Acting United States Attorney |

   */s/ Heidi A. Ojeda*                           */s/ Susan Cushman*
By_____        By_____
HEIDI A. OJEDA                                   SUSAN CUSHMAN
Assistant Federal Public Defender      Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN P. FLAHERTY, III,<br><br>　　　　　Defendant. | Case No. 2:16-cr-080-APG-NJK<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on December 12, 2018 at the hour of 9:00 a.m. be vacated and continued to January 16, 2019 at the hour of 9:30 a.m. in Courtroom 6C

　　DATED this 10th day of December, 2018.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3