RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for John P. Flaherty, III

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN P. FLAHERTY, III,<br><br>Defendant. | Case No. 2:16-cr-080-APG-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for John P. Flaherty, III, that the Sentencing Hearing currently scheduled on January 16, 2019 at the hour of 9:30 a.m., be vacated and continued to February 28, 2019 at 9:00 am.

This Stipulation is entered into for the following reasons:

1. Counsel for the government has a conflict with the currently scheduled date.

2. Defendant is not incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance of the sentencing filed herein.

DATED this 9th day of January, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>Acting United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Susan Cushman*<br>By_____<br>SUSAN CUSHMAN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN P. FLAHERTY, III,<br><br>    Defendant. | Case No. 2:16-cr-080-APG-NJK<br><br>**<u>ORDER</u>** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on January 16, 2019 at the hour of 9:30 a.m. be vacated and continued to February 28, 2019 at 9:00 a.m. in Courtroom 6C.

DATED this <u>9th</u> day of January, 2019.

 

_____
UNITED STATES DISTRICT JUDGE